NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| HABER, | : |
| Plaintiff, | : Civ. No. 18-11888 (RBK/KMW) |
| v. | : **ORDER** |
| NEW JERSEY TRANSIT, et. al, | : |
| Defendants. | : |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon Plaintiff David Martin Haber's motion for a default judgment against all defendant(s) (Doc. No. 11); and

**THE COURT OBSERVING** that on August 3, 2018, Chief Judge Jose L. Linares ordered all discovery and proceedings stayed in this case (Doc. No. 5); and

**IT APPEARING TO THE COURT** that Plaintiff filed his motion for default judgment after and despite this stay; and

**IT IS HEREBY ORDERED** that Plaintiff's motion for default judgment is **DENIED**.


Dated: 10/24/18                                                      /s/ Robert B. Kugler
                                                                                            ROBERT B. KUGLER
                                                                                            United States District Judge