NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| David Martin HABER, : | |
| : | |
| Plaintiff, : | Civ. No. 18-11888 (RBK/KMW) |
| : | |
| v. : | **ORDER** |
| : | |
| NEW JERSEY TRANSIT, et. al, : | |
| : | |
| Defendants. : | |
| : | |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon Plaintiff David Martin Haber's motion to remove Defendant NJ Transit from this Action and Motion for Default Judgment Against Other Defendants (Doc. No. 14); and

**THE COURT OBSERVING** that on August 3, 2018, Chief Judge Jose L. Linares ordered all discovery and proceedings stayed in this case (Doc. No. 5); and

**IT APPEARING TO THE COURT** that Plaintiff filed his motion after and despite this stay; and

**IT FURTHER APPEARING TO THE COURT** that it has already denied a previous motion for default judgment because this case is stayed (Doc. No. 13); and

**IT IS HEREBY ORDERED** that Plaintiff's motion is **DENIED**.


Dated:   1/16/19                                       /s/ Robert B. Kugler
                                                                                      ROBERT B. KUGLER
                                                                                      United States District Judge