IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| DAVID MARTIN HABER, | : | |
| Plaintiff, | : | |
| | : | Civil No. 18-11888 (RBK/KMW) |
| v. | : | |
| | : | **ORDER** |
| NEW JERSEY TRANSIT, *et al.*, | : | |
| Defendants. | : | |

**KUGLER**, United States District Judge:

**THIS MATTER** coming before the Court upon Defendants New Jersey Transit ("NJT"), Joseph Orlando, Meg Morocco, Pat Jackson, and Brett Haroldson's Motion to Dismiss *pro se* Plaintiff David Martin Haber's Complaint (Doc. No. 24), and Plaintiff's Motions for Default Judgment (Doc. Nos. 19, 23); and for the reasons expressed in the accompanying Opinion of this date

**IT IS HEREBY ORDERED** that Plaintiff's Motions for Default Judgment are **DENIED** and Defendants' Motion to Dismiss is **GRANTED** and Plaintiff's Complaint (Doc. No. 1) is **DISMISSED**, such that Plaintiff's claims against NJT are **DISMISSED WITH PREJUDICE** and his Section 1983 claims against Defendants Orlando, Morocco, Jackson, and Haroldson are **DISMISSED WITHOUT PREJUDICE**

**IT IS FURTHER ORDERED** that Plaintiff may file a motion to amend his Complaint on or before March 6, 2020; any proposed amended complaint must comport with the accompanying Opinion and Federal Rule of Civil Procedure 8(a); and

**IT IS FURTHER ORDERED** that the Clerk of Court shall send copies of this Order and the accompanying Opinion to Plaintiff via first-class U.S. mail.

Dated: 02/21/2020 /s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge